IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-22-H

PAULA PARRISH, )
)
    Plaintiff, )
)
)
    v. )
)
)
JOHNSTON COMMUNITY COLLEGE, a )
constituent Institution of ) **ORDER TO SEAL**
the North Carolina Community )
College System, DR. DONALD L. )
REICHARD, in his individual )
capacity, DONALD H JOHNSON in )
his individual capacity, and, )
GEORGE HAROLD JONES, in his )
individual capacity. )
)
    Defendants. )

This matter is before the court on plaintiff's motion to submit evidence on CD. The court grants plaintiff's motion to file [DE #51] and directs the clerk to file plaintiff's motion and the CD into the docket as a Notice of Filing with the photo images attached as an exhibit.

Furthermore, due to the graphic nature of some of the images on the CD, the court, on its own motion, directs the clerk to place the exhibits under SEAL.

This 15th day of July 2010.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26