UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PAULA PARRISH,<br>　　　Plaintiff<br><br>v.<br><br>JOHNSTON COMMUNITY COLLEGE<br>a constituent institution of the North<br>Carolina Community College System;<br>Dr. DONALD L. REICHARD, in his<br>individual capacity; DONALD H.<br>JOHNSON, in his individual capacity<br>and GEORGE HOWARD JONES, in his<br>individual capacity,<br>　　　Defendants. | **JUDGMENT**<br><br>No. 5:09-CV-22-H1 |

**Decision by Court.**
**This case came before the Honorable Malcolm J. Howard, Senior United States District Judge January 25, 2011 for consideration of defendants' motion for summary judgment.**

**The Court granted the motion for summary judgment and the defendants Johnston Community College, Dr. Donald L. Reichard and Donald H. Johnson were dismissed from this action by Order of the Court.**

**IT IS ORDERED, ADJUDGED AND DECREED the parties filed a Stipulation of Dismissal as to the remaining defendant George Howard Jones, March 17, 2011 and the case was closed.**

This Judgment Filed and Entered on March 21, 2011, with service on:

Tracy H. Stroud (via cm/ecf Notice of Electronic Filing)
Jonathan W. Yarbrough (via cm/ecf Notice of Electronic Filing)
William J. McMahon, IV (via cm/ecf Notice of Electronic Filing)
John P. O'Hale (via cm/ecf Notice of Electronic Filing)

Date: March 21, 2011

DENNIS P. IAVARONE, CLERK
/s/ Delsia Heath
(By): Delsia Heath, Deputy Clerk